# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK KARL JOST,<br><br>        Petitioner,<br><br>        v.<br><br>KATHLEEN ALLISON, Warden,<br><br>        Respondent. | NO. CV 11-0295 R (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: Jan. 18, 2011.

                                                MANUEL L. REAL
                                   UNITED STATES DISTRICT JUDGE